IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> on behalf of the Rural Housing Service, ) <br> formerly the Farmers Home Administration, ) <br>  ) <br> Plaintiff, ) <br> v. ) <br>  ) <br> RIOS PAUL DEMEL, et al., ) <br>  ) <br> Defendants. ) | CASE NO. 04-CV-00047-JOE-PJC |

ORDER OF DISBURSAL

NOW on the 28th day of November, 2005, there came on for consideration the requirement of the Judgment of Foreclosure (Docket #9) of disbursal of $30,500.00 received by the United States Marshal for the sale of certain property described in the Notice of Sale in this case. The Court finds that the said $30,500.00 should be disbursed as follows:

| | | |
|---|---|---|
| United States Marshal's Costs | | $   93.57 |
| Mileage | $   78.57 | |
| Executing Order of Sale | 3.00 | |
| Advertising Sale Fee | 3.00 | |
| Conducting Sale | 3.00 | |
| Appointing Appraisers | 6.00 | |
| County Treasurer, Ottawa County, Oklahoma 2004 ad valorem taxes | $   355.16 | $   355.16 |
| United States Department of Justice | | $30,051.27 |
| Credit to Judgment–Rural Housing Service | $30,051.27 | |

_____
JAMES O. ELLISON, Senior Judge
UNITED STATES DISTRICT COURT

-2-

SUBMITTED BY:

DAVID E. O'MEILIA
United States Attorney


 s/ Phil Pinnell
PHIL PINNELL, OBA #7169
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700